IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of Himself and All Others Similarly Situated<br><br>               Plaintiff<br><br>v.<br><br>UNIVERSAL ATHLETIC CLUB, INC.<br><br>               Defendant | :<br>:<br>:<br>:   Civil Action No. 2:19-CV-05693-CDJ<br>:<br>:<br>:   Honorable C. Darnell Jones II<br>:<br>:<br>:<br>: |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Please take notice that the parties have stipulated that all claims in the above captioned matter, including the claims set forth in Plaintiff's Complaint, are dismissed with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and each party shall bear their own attorneys' fees.

Respectfully submitted,

| GLANZBERG TOBIA & ASSOCIATES, PC | BARLEY SNYDER |
|---|---|
| By:    /s/ David S. Glanzberg<br>David S. Glanzberg, Esquire<br>Attorney I.D. No. 50820<br>123 S. Broad Street, Suite 1640<br>Philadelphia, PA 19109<br>Tel: 215-981-5400<br>dglanzberg@aol.com<br>*Attorney for Plaintiff* | By:    /s/ Michael J. Crocenzi<br>Michael J. Crocenzi, Esquire<br>Attorney I.D. No. 66255<br>100 East Market Street<br>York, PA 17401<br>Tel: 717-814-5417<br>mcrocenzi@barley.com<br>*Attorney for Defendant* |

Date: October 29, 2020

APPROVED:   /s/ C. Darnell Jones, II
                       C. Darnell Jones, II  J.

DATED:    NOVEMBER 5, 2020